No. 116. SARAH J. BRIGGS, ADMINISTRATRIX, ETC., *v.* UNION PACIFIC RAILROAD COMPANY. Error to the Supreme Court of the State of Kansas. Submitted November 20, 1919. Decided December 8, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. Joseph G. Waters* for plaintiff in error. *Mr. N. H. Loomis, Mr. T. M. Lillard, Mr. Edson Rich, Mr. R. W. Blair* and *Mr. H. W. Clarke* for defendant in error.

No. ——. ALEXANDER BERKMAN *v.* A. CAMINETTI, COMMISSIONER OF IMMIGRATION, ETC. Application for writ of error or appeal, for admission to bail and for a stay order submitted December 10, 1919. Denied December 11, 1919. *Mr. Harry Weinberger* for Berkman. *Mr. Assistant Attorney General Stewart* for Caminetti.